IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE FIRST NATIONAL BANK, a national
banking association,

       Plaintiff,

vs.                                              Civ. No. 99-1497 WWD/DJS

THE KANSAS BANKERS SURETY COMPANY,
a Kansas corporation,

       Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Motion in Limine Re: Advice of Counsel filed December 28, 2000 [docket no. 52]. Plaintiff seeks to bar any attempt on the part of Defendant to rely on the "advice of counsel" defense at trial. Defendant disclaims any intent to raise this defense; however, Defendant argues that it should not be precluded from fully explaining its actions in handling the claim in question. The "advice of counsel" defense will not be allowed at trial; however, Defendant will be allowed to explain its actions in this case including the explanation of its actions in the handling of the claim in question.

       **IT IS SO ORDERED**.

                                                                        UNITED STATES MAGISTRATE JUDGE